# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana
Evansville Division

(Full name of plaintiff(s))

David Michael Hodges

v.

(Full name of defendant(s))
Vanderburgh County Sheriff's Department
Vanderburgh County, Indiana
Sheriff Noah Robinson, Commander of the Vanderburgh County Jail,
Sgt. Hicks, Compliance Officers Bailey & Altmeyer (all male officers)

Case Number:

2:25-cv-00314-JMS-MG
(to be supplied by clerk of court)

**FILED**
07/01/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## A. PARTIES

1. Plaintiff is a citizen of _Indiana_, and is located at
(State)
Wabash Valley Correctional Facility
6908 S. Old U.S Hwy 41 Carlisle, IN 47838
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Sgt. Hicks, Compliance Officers Bailey & Altmeyer
(Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
works ~~worked~~ for ___Vanderburgh County Sheriff's Department 3500 N. Harlan Avenue, Evansville, IN 47711___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Following ventral hernia surgery performed by Evansville Surgical Associates 1/26/24 due to strangulation of the bowel, I was placed in a padded cell of the medical wing of the Vanderburgh County Confinement Center. Two days later, I was ordered by Sgt. Hicks & C.O Payne (Sgt. Payne Sr.'s son) to move back to general population or be placed in segregation. Length of recovery from this type of surgery is six weeks. I was supposed to remain housed in medical until I fully recovered before returning to general population.

Complaint - 2

There is more on the back of this page →

Custody staff tried housing me in an eight man cell on the top tier located in B2M3. I had to notify them I just had surgery in order to be housed in a two man cell on the bottom floor in a bottom bunk with another inmate in cell B2G6.

During morning recreation on or about 2/2/24, C.O Bailey instructed an inmate housed in B2G1 to pick a fight with me inside the laundry room as I took my clothes out of the dryer. This inmate attempted to body slam me inside of the laundry room but I defended against it, hurting myself in the process.

On the afternoon of 2/3/24, C.O Altmeyer allowed an inmate to steal commissary placed outside of cell B2G6's door. Later that evening, Altmeyer instructed an inmate housed in B2G5 to attack me during dinner tray pass. I avoided this attack by not coming out to put out my trash from my kosher meal containers.

While Altmeyer was running rec for inmates on the top tier following dinner, he instructed them to approach cell B2G6 & threaten me. I was told by these inmates I would be jumped the following morning by inmates on the bottom floor (B2G1, B2G2 & B2G3).

I asked Altmeyer via intercom to be moved back to medical where I was supposed to be for six weeks to recover. Altmeyer refused & continued to allow inmates to threaten me at the cell door. I feared Altmeyer would unlock the cell door to allow these inmates to assault me so I filled the Rubbermaid® trash can in the cell with shampoo & water and threw it underneath the door making these inmates scatter. I was taken out of the cell by F.T.O Stewart, C.O's Ndoye, Wilson & Altmeyer and taken to segregation in B1. I was forced to walk upstairs to the top tier where I was going to be placed in a two man cell (B1M8) with an alleged New Year's Eve/Day murder suspect. I again was injured when forced to walk up stairs by custody staff. Once again I had to notify custody staff I just had surgery & was placed in a two man cell by myself in B1G5. When these chain of events caused by medical & custody staff occured, I was only 8 days removed from ventral hernia surgery performed due to strangulation of the bowel.

Complaint - 3

There is more on the back of this page →

I did not know how long I had in that cell by myself until custody staff placed another inmate in there to fight me so I got on the kiosk & admitted I was a lesbian identifying as a woman. This was the only thing prompting custody staff to place me in a cell by myself in booking.

As a result of medical & custody staff failing to ensure I received adequate medical care & reasonable measures to guarantee my safety, I sustained injuries. I have gastrointestinal issues & bloody bowel movements. I suffer from P.T.S.D which compounds my adjustment anxiety & anti-social personality disorders, which are the residual effects of my neurological condition congenital aqueductal stenosis & hydrocephalus that are documented through Deaconess Health Systems.

I was incarcerated under conditions that posed a substantial risk of serious harm. Jail officals failed to provide me humane conditions of confinement guided by contemporary standards of decency.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I respectfully request this Court to order Vanderburgh County Indiana & Vanderburgh County Sheriff's Department to pay me $150,000.00 in damages including all court costs & fees for not taking reasonable measures to guarantee my safety in violation of the *Eighth Amendment of the United States Constitution.

*Parties are also in violation of the Fourteenth Amendment of the U.S Constitution as well.

Complaint - 4

E. JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this 27th day of June 2025.

Respectfully Submitted,

*/s/ W. M. Hodges*
Signature of Plaintiff

# 134996
Plaintiff's Prisoner ID Number

Wabash Valley Correctional
6908 S. Old Hwy 41 Carlisle, IN 47838
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

*/s/ W. M. Hodges*
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

Complaint - 5

## FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.